| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| RODERICK MALONE, | |
| Plaintiff, | Case No. 20-cv-03862-WHO |
| v. | **ORDER OF DISMISSAL** |
| TRANSDEV BUSINESS SOLUTIONS INC., | Re: Dkt. No. 27 |
| Defendant. | |

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: June 8, 2021

WILLIAM H. ORRICK
United States District Judge